JS-6

UNITED STATE DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK PAUL DEAKIN<br><br>    Plaintiff,<br><br>  v.<br><br>ROBERT ALLAN KAHN; U.S. BANK,<br><br>    Defendants. | CASE NO: 2:24-cv-02654 WLH(SKx )<br><br>ORDER GRANTING DISMISSAL [29]<br><br>Judge: Hon. Wesley L. Hsu<br><br>[Filed concurrently with Stipulation of Dismissal] |

    On July 10, 2024, the parties filed a Joint Stipulation for Dismissal of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii).

    The Court having considered the parties' Stipulation and finding good cause therefore, hereby GRANTS the stipulation and orders as follows:

    1.    IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all parties, claims, and causes of action. The Clerk is directed to close the file.

    **IT IS SO ORDERED.**

Dated: 7/11/2024

                                          HON. WESLEY L. HSU
                                          UNITED STATES DISTRICT JUDGE